JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVON THOMPSON, | Case No. EDCV 15-00322-MMM (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA et al., | |
| Respondents. | |

    Pursuant to the Order Denying Petition and Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2015

MARGARET M. MORROW
U.S. DISTRICT JUDGE