**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVON THOMPSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA et al.,<br><br>　　　　　Respondents. | Case No. EDCV 15-0322-MMM (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Petition With Prejudice,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 25, 2015

　　　　　　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE